IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL ACTION NO. 5:21-CR-00076-KDB-DSC

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| VICENTE CISNEROS-ESPINOZA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss, (Doc. No. 3), the Indictment, (Doc. No. 1) without prejudice following the Defendant's death. Accordingly, the Court **GRANTS** the Government's Motion. **IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 1) be **DISMISSED** without prejudice.

Signed: December 13, 2022

_Kenneth D. Bell_
Kenneth D. Bell
United States District Judge